# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

    VS.                                CIVIL NO. 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF HACIENDA
SABANERA-CIUDAD CABALLISTICA, INC., ET AL

RECEIVED & FILED
1999 NOV 15 AM 7:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

DATE FILED: 10/15/99   DOCKET #: ~~119~~ 120   TITLE: ~~MOTION regarding Opinion & Order of 10/6/99~~ Joint Motion Requesting Continuance

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted. The pending deposition shall be concluded by Feb 29, 2000.

Trial shall be held June 5, 2000 9:30 AM.

11/9/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

123