## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

VS.                                                        CIVIL NO. 98-2329 (JAF)

A) ALL CORPORATE ASSETS OF HACIENDA
SABANERA-CIUDAD CABALLISTICA, INC., ET AL

---

### DESCRIPTION OF MOTION

DATE FILED: 11/03/99   DOCKET #: 121   TITLE: MOTION by USA |to convert PTC into a SC|, or otherwise for |Stay pending conclusion of discovery|

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Moot. See order resetting the P.T. Conference. The P.T. conf. shall be held May 4/2000, 1:00 PM

DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

124