# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



United States of America
  VS.
A) All Corporate Assets
etc., et al.

CIVIL NO. 98-2329 (JAF)

---

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |

[ ] Plffs.    [ ] Defts.

---

### O-R-D-E-R

Pretrial Conf. - rescheduled for Monday, May 8, 00, 2:30 PM (S/C in lieu of P.T. Conf.)

5-4-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

125