# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



United States of America

vs.

A) All Corporate Assets,
etc., et al.

CIVIL NO. 98-2329 (JAF)

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: Status Conference Order. |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

S/c held. Parties will meet, subscribe & file a schedule of pending discovery within 10 days. The discovery shall be concluded before July 31.

The pretrial conference shall be held on Aug 22/00 at 1:30 P.M.

Trial shall be held October 30, 00 at 9:30 A.M.

5/8/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(126)