UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HACIENDA SABANERA, et al.,

    Defendants.

Civil No. 98-2329 (JAF)

RECEIVED AND FILED
00 JUL 14 AM 11:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 12th day of July, 2000.

                JOSE ANTONIO FUSTE
                U. S. District Judge

AO 72
(Rev 8/82)