UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　　DATE: JULY 31, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　　　**CASE NO. CIVIL 98-2329**

================================================================

UNITED STATES OF AMERICA　　　　　　Attorneys:
　　　　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS
　　　　　　　　　　　　　　　　　　For Defendant:
HACIENDA SABANERA, ET AL

================================================================

　　　Since this is one of the cases that has been recently reassigned to Judge Garcia the pretrial conference setting of August 22 and trial set for October 30, 2000 are hereby vacated and set aside. Instead a status conference will be held before Judge Garcia on **Thursday, August 23, 2000 at 10:00 AM.** Parties to be notified.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY

S/cs to Jury Clerk