UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: AUGUST 25, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                    **CASE NO. CIVIL 98-2329**

===================================================================

UNITED STATES OF AMERICA             Attorneys:
                                     For Plaintiffs:

            VS
                                     For Defendant
HACIENDA SABANERA
===================================================================

The above-mentioned case was set for a status conference on August 23, 2000. Due to hurricane Debby the same could not be held. The status conference is hereby reset for **Wednesday, August 30, 2000 at 11:00 AM.**

Parties to be notified.

                                                   _____
                                                   LILY ALICEA
                                                   COURTROOM DEPUTY