UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:AUGUST 30, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO.CIVIL 98-2329 (JAG)**
================================================================
UNITED STATES OF AMERICA               Attorneys:
                                       For Plaintiffs:JAVIER
                                       SANTOS MIMOSO
              VS
                                       For Defendant:RAFAEL
HACIENDA SABANAERA                     CASTRO LANG, FERNANDO
                                       CARLO, UBALDO LUGO
================================================================
     Case called for status conference.  The Court is informed

that a hearing was held and probable cause was found. Some

properties were seized.  Attorney Catro Lang filed a notice of

appeal which has been briefed as to the jurisdictional and

substantial issues.   But they have not heard from the Court of

Appeals.

     The Court grants the parties 90 days to conclude the

discovery.

     Attorney for defendant informs the Court that a new law was

passed in August of this year regarding seizure.  US Attorney

answers to this case the old law applies.  Castro Lang replies

that he understands that it is the new law.

     Court wants the parties to file simultaneous briefs on this

issue and they are granted until December 1, 2000 to file the same.

     Minutes to be notified to the parties.

                                   _____
                                        LILY ALICEA
                                     COURTROOM DEPUTY

130 ᵖ

-4