IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                          CIVIL NO. 98-2329(JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA CIUDAD
CABALLISTICA, INC., ET ALS.,

      Defendants.

**ORDER**

The Court, having before it the parties' Amendment to Stipulation Concerning Monitoring of Hotel The Rose, Inc., hereby approves the same in it entirety and ORDERS that the Joint Stipulation for Restraint of Assets and Appointment of Monitor for Motel D'Rose be considered amended as stipulated therein.

In San Juan, Puerto Rico this 13th day of September, 2000.

                                         JAY A. GARCIA GREGORY
                                         United States District Judge

RECEIVED AND FILED
00 SEP 15 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.