UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.                                         CIVIL NUMBER: 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 11/02/00<br>Title: Motion to Compel Discovery Under Rule 37 of the Federal Rules of Civil Procedure<br>Docket(s): 133<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | The Court orders the United States to provide defendants, by no later than January 4, 2001, with all the discovery related to the witnesses they have announced in the case and to all material otherwise discoverable under Federal Rules of Civil Procedure 33 and 34. |

Date: November 28, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge