UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

Plaintiff(s)

v.

CIVIL NUMBER: 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/30/00<br>**Title:** Motion for Extension of Time to Finalize Discovery<br>**Docket(s):** 135<br>[ ] **Plff(s)**  [x] **Dft(s)**  [ ] **Other** | Claimants Hacienda Sabanera and Motel D'Rose have until January 4, 2001 to finalize discovery. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

