UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff(s)

    v.                              CIVIL NUMBER: 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/02/01<br>**Title:** United States' Request for Additional Time to Comply with Disclosure Order<br>**Docket(s):** 139<br>[x] Plff(s)  [ ] Dft(s)  [ ] Other | **GRANTED.** |

**Date:** January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge