UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff(s)**

v.    CIVIL NUMBER: 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/01/01<br>**Title:** Motion Under Rule 108<br>**Docket(s):** 144<br>[ ] Plff(s)   [ x ] Dft(s)   [ ] Other | **GRANTED.** The Court grants claimant Luis Raúl Quintana's request to file documents in the Spanish language under the condition that a certified translation of such documents be filed in the Court within the period of forty five (45) days as of the date of issuance of this Order. |

**Date:** March 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge