UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/04/01<br>**Title:** Informative Motion & Request for Order<br>**Docket(s):** 154<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | Claimant Omayra Carrión shall file a reply to the Government's opposition to claimant's motion for summary judgment on or before July 7, 2001. |

**Date:** June 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge