# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff(s)**

    v.                                   CIVIL NUMBER: 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/14/01<br>**Title:** Motion Submitting Certified Translations<br>**Docket(s):** 155<br>[ ] Plff(s)   [ x ] Dft(s)   [ ] Other | **GRANTED.** The certified translations submitted shall form part of the record. |

Date: July 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge