UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

**Plaintiff(s)**

v.                                            CIVIL NUMBER:   98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/30/01<br>**Title:** United States Request for an Extenison of Time<br>**Docket(s):** 163<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED** until August 10, 2001. |

**Date:** August 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge