UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff(s)**

v.                                    CIVIL NUMBER:   98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/15/01<br>**Title:** Motion Filing Documents Under Seal<br>**Docket:** 165 | **GRANTED.** Motion to remain under seal until further order of the Court. |
| **Docket:** 166 | **GRANTED,** as requested. |

[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other**

Date: August 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



 FiNaNcE
