# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

Plaintiff(s)

v.                                                  CIVIL NUMBER:   98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., et al

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/27/01<br>**Title:** Motion Filing Documents Under Seal<br>**Docket:** 168 | **GRANTED.** The documents in the envelope, as well as any orders related to them, shall remain under seal until further order of the Court. |
| **Docket:** 169 | The Government shall reply to this motion on or before September 4, 2001. |
| **Docket:** 170 | **GRANTED.** Translations shall be filed on or before September 4, 2001. |
| [ ] Plff(s)   [ x ] Dft(s)   [ ] Other | |

Date:  August 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

