UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**               DATE: SEPTEMBER 7, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIV 98-2329 (JAG)**

=================================================================

UNITED STATES OF AMERICA              Attorneys:

      VS

HACIENDA SABANERA

---

**By Order of the Court a Hearing on the Release of Funds in the above-mentioned case is set for Monday, September 10, 2001 at 10:30 AM.**

Parties to be notified.

                                          _Lily Alicea_
                                   Lily Alicea-Courtroom Deputy

Javier Santos Mimoso-Answering Machine
Rafael Castro Lang-Answering Machine


