UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: SEPTEMBER 10, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIV 98-2329 (JAG)**

==================================================================

UNITED STATES OF MERICA              Attorneys: MIKE FERNANDEZ

        VS

HACIENDA SABANERA                    RAFAEL CASTRO LANG

---

    Case called for hearing on motion for withdrawal of funds. Court is informed that the trial scheduled to begin tomorrow in the State Court has been continued to November 13, 2001.  In view of this and since the AUSA who is in charge of this case is out of Puerto Rico the Court continues today's hearing.

    Parties are granted twenty days, until October 15, 2001 to try to settle the case.  Discovery is to be finished by October 15, 2001.  A further settlement conference is set for Thursday, October 18, 2001 at 4:00 PM.  A pretrial conference is set for Tuesday, October 23, 2001 at 4:00 PM.  NON JURY TRIAL IS SET FOR NOVEMBER 1, 2001 AT 9:30 AM.

    Parties to be notified.

_Lily Alicea_
                Lily Alicea Courtroom Deputy

