UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

| COURTROOM DEPUTY: Lily **ALICEA** | **CASE NO.CIV. 98-2329 (JAG)** |
|---|---|
| UNITED STATES OF AMERICA  VS  HACIENDA SABANERA | Attorneys: JAVIER SANTOS MIMOSO  RAFAEL CASTRO LANG FERNANDO CARLO UBALDO LUGO CRUZ |

Case called for settlement conference. Plaintiff informs that he spoke to Judge Lourdes Velazquez from the Superior Court, San Juan Part and she does not have any objections to continuing her case to January 28, 2002.

Attorney for defendant informs the Court that they have submitted a property in Cupey Alto (Property E) which has almost three "cuerdas" and was recently appraised for $775,000. The plaintiff informs that they already have their appraiser working on the appraisal and he expects to have the report by next week.

The Court grants the parties until November 15, 2001 to settle the case. A pretrial conference is set for NOVEMBER 29, 2001 AT 4:00 PM AND NON JURY TRIAL IS SET FOR DECEMBER 10, 2001 AT 9:30 AM.

Parties to be notified.

_Lily Alicea_
Lily Alicea-Courtroom Deputy

