## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff**

      v.                      **CIVIL NO.** 98-2329(JAG)

A)ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., et al

    **Defendant(s)**

### DECREE OF DEFAULT
### AS TO TOMAS RODRIGUEZ DIAZ

On November 25, 1998, the United States filed the instant action *in rem* against several properties, including all the corporate assets of Hacienda Sabanera-Cuidad Caballística, Inc. ("property A").

On December 11, 1998, notice of this action was served on potential claimant Tomás Rodríguez Díaz.

On February 8,1999, the United States filed notice with this Court attesting to the publication of this action in El Nuevo Dia on January 13, 20, and 27, 1999.

To date, no claim has been filed by Tomás Rodríguez Díaz over defendant property A.

Thus, pursuant to Rule C(6) of the Supplemental Rules for

Civil No. 98-2329 (JAG)                                                    2

Certain Admiralty and Maritime Claims and 18 U.S.C. § 983
(a)(4)(A), any future claim would be time-barred.

Now, therefore, on motion of the United States, it is hereby
ordered that default is to be entered as to Tomás Rodríguez Díaz
for any claim he may have over defendant property A.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of December 2001.


                                JAY A. GARCIA-GREGORY
                                U.S. District Judge