# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 98-2329 (JAG)

A) ALL CORPORATE ASSETS OF
HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/07/01<br>**Title:** Notice to the Court<br>**Docket(s):**<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **NOTED**: The Government shall obtain approval of the Deputy Attorney General no later than December 21, 2001. |

**Date:** December 11, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


