## UNITED STATES DISTRICT OF PUERTO RICO
## DISTRICT OF PUERTO RICO

USA

vs.

all corporate assets et al

CIVIL NO. 98-2329 (JAG)

2002 SEP 30 AM 10:49
CLERK
US DISTRICT COURT
OLD SAN JUAN PR
RECEIVED AND

---

### DESCRIPTION OF MOTION

Date Filed: 9 / 17/ 02    Docket: 209    Title: Motion Informing Exhibits to be filed

☐ Plaintiff(s)    ☐ Defendant(s)    ☑ Other

---

### ORDER

☐ Granted    ☐ Moot
☐ Denied     ☑ Noted

---

9/27/02
**Date**

Jay A. Garcia-Gregory
U.S. District Judge