UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    **Plaintiff(s)**

v.                                          CIVIL NO. 98-2329 (JAG)

ALL CORPORATE ASSETS. ET AL.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3/10/2003<br>**Title:** Motion requesting hearing<br>**Docket(s):** 215<br><br>☐ Plaintiffs<br>☐ Third Party<br>X Defendant(s)<br>☐ Other | DENIED. |

**Date:** March 20, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge