IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

03 OCT 21 AM 10 15

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| Plaintiff * | CIVIL NO. 98-2329 (JAG) |
| * | |
| V. * | |
| * | |
| * | |
| ALL CORPORATE ASSETS OF * | |
| HACIENDA SABANERA-CIUDAD * | |
| CABALLISTICA INC, ET ALS. * | |
| Defendant * | |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW Tomas Rodriguez Diaz, claimant herein, and very respectfully states, alleges and requests:

1. Claimant Tomas Rodriguez Diaz hereby informs that it is his intention to appeal to the United States Circuit Court for the First Circuit an Order dated and entered on docket on September 22, 2003.

WHEREFORE it is hereby requested that this appeal be docketed with the United States Circuit Court for the First Circuit.

At San Juan, Puerto Rico this 20th day of October, 2003.

THE LAW OFFICES OF JOSE F. BLANCO
Physical: 1606 Ponce de León Avenue
Penthouse Suite
San Juan, Puerto Rico 00909
---
Postal: P.O. Box 195564
San Juan, Puerto Rico 00919-5564
---
Tel. (787) 724-7110/Fax (787) 725-7847
E-mail: joefblanco@aol.com

Jose F. Blanco
USDC # 127011