UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE: November 20, 2003

DC #: 98-2329 (JAG)

APPEAL FEE PAID: YES ____ NO __X__

CASE CAPTION: USA v. Hacienda Sabanera

IN FORMA PAUPERIS: YES ____ NO __X__

MOTIONS PENDING: YES __X__ NO ____

NOTICE OF APPEAL FILED BY: Claimant: Tomás Rodríguez-Díaz

APPEAL FROM: Order entered on 09/22/03

SPECIAL COMMENTS: Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                      VOLUMES:

Docket Entries 218 & 219                                        I
(Case requested to FRC)


I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk