# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

**DATE:**   December 10, 2003

**DC #:**   98-2329  (JAG)

**CCA #:**   03-2618

**CASE CAPTION:**       USA   v.   Hacienda Sabanera

**SPECIAL COMMENTS:**       Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  1-12 | I |
| Docket Entries  13-95 | II |
| Docket Entries  96-167 | III |
| Docket Entries  168-219 | IV |
| Docket Entries  56-58 (Transcripts) | V |
| Docket Entries  62, 112/Exhibits, 158, 166, 169 (Sealed) | VI |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:        _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk

AUSA